UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil Action No.  14-mc-66 DSD/JJK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ) | |
| CRAIG BERTHIAUME, ) | |
| ) | |
| Respondent. ) | |

Based upon the Report and Recommendation by U.S. Magistrate Judge Jeffrey J. Keyes, dated February 27, 2015, with all the files and records, and in consideration of the stipulation of the parties referenced therein, **IT IS HEREBY ORDERED** that:

1.  Respondent Craig Berthiaume shall produce to Petitioner all documents and records relating to income received by him during calendar years 2006, 2009, 2012, and 2013 that are within Respondent's possession or control.

2.  Craig Berthiaume shall comply with the terms of this Order on or before April 1, 2015.

3.  In the event that Craig Berthiaume fails to comply with the terms of this Order on or before April 1, 2015, the matter shall be returned to the calendar of the Court upon request of the United States, upon good cause shown, for the

purposes of permitting Respondent Craig Berthiaume to show cause why he should not be held in contempt for failing to abide by the Order of the Court.

Dated:  March 2, 2015

                                              s/David S. Doty  
                                              David S. Doty, Judge  
                                              United States District Court